UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIKA GANT,

    Plaintiff,

v.                                              Case No.  8:07-cv-2086-T-24 EAJ

KASH 'N KARRY FOOD STORES, INC.,
d/b/a SWEETBAY SUPERMARKET,

    Defendant,

_____/

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion to Extend Scheduling Deadlines (Doc. No. 22), in which Plaintiff requests that the Court adjust the dates in the Case Management and Scheduling Order by adding approximately four months.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this motion is **GRANTED**.  The Court will enter an amended Case Management and Scheduling Order with the following deadlines:

| | | |
|---|---|---|
| (1) | Third Party Claims | August 11, 2008 |
| (2) | Plaintiff's Disclosure of Expert Testimony | December 1, 2008 |
| (3) | Defendant's Disclosure of Expert Testimony | January 5, 2009 |
| (4) | Discovery Deadline | February 10, 2009 |
| (5) | Mediation Deadline | February 24, 2009 |
| (6) | Dispositive Motions Deadline | March 13, 2009 |

| | | |
|---|---|---|
| (7) | Pretrial Conference | June 11, 2009 |
| (8) | Trial | July 2009 |

**DONE AND ORDERED** at Tampa, Florida, this 24th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record