UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIKA GANT,

    Plaintiff,

v.                               Case No.: 8:07-cv-2086-T-33EAJ

KASH N' KARRY FOOD STORES, INC.,
d/b/a SWEETBAY SUPERMARKET,

    Defendant.
_____/

**<u>ORDER</u>**

    The parties' Joint Motion for Leave to Bring Cell Phones, Personal Data Assistants and Laptop Computers to Trial (Doc. 61) is before the Court.

    The Court notes that the use of computers and telephones by counsel in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla.; however, this Court will allow each of the lead attorneys, David S. Shankman and Peter W. Zinober to bring one laptop computer, one cellular phone and one personal data assistant into the Courthouse for use during this trial.

    It should be noted that taking pictures inside the Courthouse with a camera from a cellular telephones is forbidden. Also, counsel shall place any cellular telephone on vibrate. Cellular telephone use is not permitted inside the Courthouse. Further, any cellular telephone, computer and all other technological equipment are subject to inspection at

any time by the Court Security Officers and United States Marshals Service.

Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

The parties' Joint Motion for Leave to Bring Cell Phones, Personal Data Assistants and Laptop Computers to Trial (Doc. 61) is **GRANTED** consistent with the foregoing requirements.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 25th day of June 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record